IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| INOCENCIO LARA TRUJILLO,<br>    Petitioner, | §<br>§<br>§ |
| VS. | §<br>§    CIVIL ACTION NO. B-02-177 |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§ |

## ORDER

A review of the following cases, Civil Action No. B-02-177 and B-02-187, reveals that they involve a common question of law and fact, and are the same claim.

IT IS hereby ORDERED, pursuant to FED. R. CIV. P. 42(a), that Civil Action No. B-02-187 be CONSOLIDATED with Civil Action No. B-02-177, and that all pleadings be filed in Civil Action No. B-02-177.

DONE at Brownsville, Texas, this 28th day of October, 2002.

John Wm. Black
United States Magistrate Judge